

P36074/M. BRAVO

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

**MEMORANDUM**



| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Marcela Bravo, United States Probation Officer |
| **RE:** | Agueda Melo |
| **DATE:** | April 2, 2008 |



### ASSIGNMENT OF TRANSFER OF JURISDICTION

On September 8, 2006 the above-named individual was sentenced in the District of Western District New York outlined in the attached J & C.

In March 20, 2008, we received the Prob. 22's endorsed by the Honorable Charles J. Siragusa, U.S. District Court Judge, ordering Ms. Melo's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5137.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *Marcela Bravo*
Marcela Bravo
U.S. Probation Officer